IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

STANLEY JOSEPH THOMPSON,

  Defendant.

CRIMINAL FILE NO.
1:07-CR-138-2-TWT

**ORDER**

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 189] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 168]. The Defendant was convicted by a jury of participating in a crime spree involving the armed robbery of a Taco Bell and numerous armed and unarmed bank robberies. His conviction and sentence were affirmed on direct appeal. In his 74 pages of objections to the Report and Recommendation, the Defendant largely repeats the arguments that were addressed and rejected by the Magistrate Judge in the thorough and well-reasoned Report and Recommendation. No useful purpose would be served in simply repeating what the Magistrate Judge has already said. The Magistrate Judge was not required to address the many claims of non-constitutional errors allegedly committed by the prosecutor

and the trial judge. All of those errors could have been raised on direct appeal. The Defendant has not met his burden of showing deficient performance by trial counsel and has not shown prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 168] is DENIED. The Defendant's Motion for New Trial [Doc. 171] is DENIED. The request for a Certificate of Appealability is DENIED.

SO ORDERED, this 30 day of September, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge